ACCEPTED
04-14-00807-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/29/2015 10:52:07 AM
KEITH HOTTLE
CLERK

## No. 04-14-00807-CV

**In the Court of Appeals for the
Fourth Court of Appeals District
San Antonio Division**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
05/29/2015 10:52:07 AM
KEITH E. HOTTLE
Clerk

**BRADLEY AERY, et al.,**

**Appellants,**

**vs.**

**HOSKINS, INC., et al.,**

**Appellees,**

**FROM THE 36TH JUDICIAL DISTRICT COURT OF MCMULLEN COUNTY, TEXAS**

**BRENT C. HOSKINS' JOINDER IN BRIEF OF
APPELLEES C. CLIFTON HOSKINS AND HOSKINS, INC.**

HORNBERGER FULLER & GARZA
INCORPORATED
7373 Broadway, Suite 300
San Antonio, Texas 78209
(210) 271-1700 – Fax: (210) 271-1730
    David W. Navarro
    State Bar No.24027683
    Email: dnavarro@hfgtx.com
    Mark A. Randolph
    State Bar No. 00791484
    Email: randolph@hfgtx.com
    Brendan C. Holm
    State Bar No. 24087737
    Email: bholm@hfgtx.com
ATTORNEYS FOR APPELLEE,
BRENT C. HOSKINS

No. 04-14-00807-CV

In the Court of Appeals for the
Fourth Court of Appeals District
San Antonio Division

BRADLEY AERY, et al.,

Appellants,

vs.

HOSKINS, INC., et al.,

Appellees,

FROM THE 36TH JUDICIAL DISTRICT COURT OF MCMULLEN
COUNTY, TEXAS

BRENT C. HOSKINS' JOINDER IN BRIEF OF
APPELLEES C. CLIFTON HOSKINS AND HOSKINS, INC.

TO THE HONORABLE JUSTICES OF THE COURT:

COMES NOW Appellee Brent C. Hoskins and presents his joinder in Brief of Appellees C. Clifton Hoskins and Hoskins, Inc. demonstrating that the trial court correctly granted summary judgment on the dispositive legal issue in this case.

Appellee Brent C. Hoskins joins in the Brief of Appellees Cliff Hoskins and Hoskins, Inc. as the trial court ordered that the February 9, 1966 Deed from Sam E. Quinn to James L. House conveying the lands of the 623.93-acre Quinn Tract (Vol.

95, pg. 451) (the "House Deed") did not convey Same E. Quinn's non-participating royalty interests in the Ray Tract and Hoskins Tract, originally established and described in that certain November 7, 1963 Partition and Royalty Deed (Vol. 95, pg. 357) and subsequently conveyed to Hazel Hoskins and L.R. Hoskins by that certain February 11, 1966 Deed from Sam E. Quinn to L. R. Hoskins and Hazel Hoskins conveying his non-participating royalty interest in the Ray Tract and Hoskins Tract should be upheld.

Wherefore, Appellee Brent C. Hoskins respectfully requests that this Court affirm the judgment of the district court and that he have such further relief to which he is entitled.

Respectfully submitted,

HORNBERGER FULLER & GARZA
INCORPORATED
7373 Broadway, Suite 300
San Antonio, Texas 78209
(210) 271-1700 – Telephone
(210) 271-1730 – Facsimile

By: _____

David W. Navarro
State Bar No.24027683
Email: dnavarro@hfgtx.com
Mark A. Randolph
State Bar No. 00791484
Email: randolph@hfgtx.com
Brendan C. Holm
State Bar No. 24087737
Email: bholm@hfgtx.com

ATTORNEYS FOR APPELLEE,
BRENT C. HOSKINS

CERTIFICATE OF COMPLIANCE

The undersigned certifies this Brief complies with the type-face and length requirements of amended rule 9.4 of the Texas Rules of Appellate Procedure. Exclusive of the exempted portions stated in amended rule 9.4(i)(1), the Brief contains 250 words, as calculated by Microsoft Word 2007, the program used to prepare this document.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been delivered via EMAIL, on this the _____ day of May, 2015, to:

| | |
|---|---|
| Ms. Rosemarie Kanusky<br>Mr. John W. Weber Jr.<br>Mr. Jeffrey A. Webb<br>Mr. James Summers<br>Fulbright & Jaworski L.L.P/<br>300 Convent Street, Suite 2100<br>San Antonio, Texas 78205-3792 | Attorneys for Intervenors and<br>Third-Party Plaintiffs James House Family |
| Mr. Dan Pozza<br>Law Office of Dan Pozza<br>239 East Commerce Street<br>San Antonio, Texas 78205 | Attorney for Plaintiffs Brad and Randi Aery |
| Mr. C. David Kinder<br>Ms. Ellen Mitchell<br>Dykema Cox Smith<br>112 E. Pecan Street, Suite 1800<br>San Antonio, Texas 78205 | Attorneys for Defendants Hoskins, Inc. and<br>C. Clifton Hoskins |
| Mr. Michael Sartori<br>Law Office of Michael C. Sartori<br>P.O. Box 1222<br>502A Houston Street<br>George West, Texas 78022 | |
| Ms. Melanie H. Phipps<br>Kustoff & Phipps, LLP<br>4103 Parkdale Street<br>San Antonio, Texas 78229 | Attorney for Plaintiffs Brad and Randi Aery |
| Mr. Marc K. Whyte<br>Whyte, PLLC<br>209 Tuttle<br>San Antonio, Texas 78209 | Attorney for Plaintiffs Brad and Randi Aery |
| Mr. John G. George, Jr.<br>Mr. Matthew F. Wymer<br>Beirne, Maynard & Parsons, L.L.P.<br>The Weston Centre<br>112 East Pecan Street, Suite 2750<br>San Antonio, Texas 78205 | |

Mrs. Julia Mann  
Mr. Peter Hosey  
Jackson Walker L.L.P.  
112 E. Pecan Street, Suite 2400  
San Antonio, Texas   78205

Attorneys for Defendants Lee Ann Kulka, Lee Roy Hoskins, III and Andrea Jurica

Mr. Ezra Johnson  
Uhl, Fitzsimons, Jewett & Burton, PLLC  
4040 Broadway, Suite 430  
San Antonio, Texas   78209

Attorney for Defendant Black C. Hoskins

Mr. David L. Ylitalo  
Coats Rose, P.C.  
1020 Northeast Loop 410, Suite 800  
San Antonio, Texas   78209

Attorney for Defendant Leonard K. Hoskins

Mr. Bruce D. Oakley  
Mr. Robert Pillow  
Hogan Lovells US LLP  
700 Louisiana, Suite 4300  
Houston, Texas   77002

Attorney for Defendants Sundance Energy, Inc., SEA Eagle Ford, LLC, and Armadillo E&P, Inc.

Mr. Jason A. Newman  
Baker Botts L.L.P.  
One Shell Plaza  
910 Louisiana Street  
Houston, Texas   77002-4995

Attorney for Third-Party Defendant Texoz E&P I, Inc.

Mr. Conner R. Jackson  
Mr. R. Clay Hoblit  
Hoblit Ferguson Darling, LLP  
2000 Frost Bank Plaza  
802 North Carancahua  
Corpus Christi, Texas   78401

Attorneys for Third-Party Defendant Aurora Resources Corp.

Mr. Benjamin F. Youngblood III  
Benjamin F. Youngblood, III, P.L.L.C  
8207 Callaghan Road, Suite 100  
San Antonio, Texas   78230

Attorney for Jane Hoskins

Mr. Kevin F. Mickits
Mr. John C. Heymann
Upton, Mickits & Heymann, L.L.P.
7800 IH-10 West, Suite 740
San Antonio, Texas   78230

Attorney for Third-Party Defendant
Kebo Oil & Gas, Inc.

David W. Navarro
Mark A. Randolph
Brendan C. Holm